**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ANTHONY MICHAEL ROSADO, <br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFFS DEPARTMENT, et al., <br> Defendants. | No. 2:24-cv-08457-CV-BFM <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Magistrate Judge's Report and Recommendation, the records and files herein, and Plaintiff's objection to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

In his objection, Plaintiff argues that his Second Amended Complaint contains a full factual narrative, and that he filed the Third Amended Complaint only because the Court ordered him to amend specific portions. However, as discussed in the Report and Recommendation, the Court may not consider allegations in the Second Amended Complaint because the Third Amended Complaint **entirely replaces** the Second Amended Complaint.

Every allegation and every claim from the prior complaints that Plaintiff wants the Court to consider must be included in his Fourth Amended Complaint. The Court may not piece together prior complaints.

If Plaintiff chooses to file a Fourth Amended Complaint, **Plaintiff must**:

- Designate on the face of the document that it is the "Fourth Amended Complaint" and the docket number assigned to this case;
- Ensure the Fourth Amended Complaint is complete in and of itself (meaning it does not require the Court to reference the original Complaint, the Second Amended Complaint, the Third Amended Complaint, or any other pleading, attachment, or document); and
- Sign and date the document.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. Defendants' Motion to Dismiss (ECF 49) is **granted** and Plaintiff's claims are dismissed against Defendants Long Beach Police Department, Sergeant Kirk, Sergeant Arcese, and Sergeant Valdez with leave to amend; and

3. Plaintiff is granted 30 days from the date of this Order to file a Fourth Amended Complaint.

DATED: _____7/1/26_____

*Cynthia Valenzuela*

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2